SCWC-14-0000548

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL KUMUKAUOHA LEE, Petitioner/Plaintiff-Appellant,

vs.

WILLIAM AILA, in his official capacity as Chairperson of the
BOARD OF LAND AND NATURAL RESOURCES, and
HASEKO (EWA), INC., Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000548; CIV. NO. 12-1-1644-06)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Michael Kumukauoha

Lee's Application for Writ of Certiorari, filed on January 6,

2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 4, 2015.

| | |
|---|---|
| Michael Kumukauoha Lee<br>petitioner pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Yvonne Y. Izu and<br>Angela Fong | /s/ Sabrina S. McKenna |
| for respondent<br>Haseko (EWA), Inc. | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

